**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-6835

BRIAN KEITH NESBITT,

             Plaintiff - Appellant,

        v.

TIM RILEY, Warden; BRYAN P. STIRLING, Director of the
Department of Corrections; AMY SPENCER; DR. J. R. BEARDEN;
DHO RICHARD TURNER; LAURA CALDWELL; LT. LAWSON, Safety;
ADMIN CAPTAIN NANCE; GARY LANE; INVESTIGATOR LANE; KAREN
MCMORRIS; CAP. JENNETTE GLEN; LT. JASON WEBBER; MAJOR JAMES
PARRIS; CAPTAIN CATHY DUNCAN; DR. T. BYRNE,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.   Richard Mark Gergel, District
Judge.  (0:14-cv-02788-RMG-PJG)

Submitted:  October 15, 2015        Decided:  October 19, 2015

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brian Keith Nesbitt, Appellant Pro Se.   James E. Parham, Jr.,
Irmo, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian Keith Nesbitt appeals the district court's order accepting the recommendation of the magistrate judge and denying Nesbitt's motions for a preliminary injunction and a temporary restraining order in this 42 U.S.C. § 1983 (2012) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Nesbitt v. Riley, No. 0:14-cv-02788-RMG-PJG (D.S.C. filed May 1, 2015 & entered May 4, 2015). We deny Nesbitt's motions for appointment of counsel, a preliminary injunction, and a temporary restraining order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED